**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KARRISSA GATHEINGS**                                                    **PLAINTIFF**

**V.**                                                    **3:19CV096-MPM-RP**

**C & C EQUIPMENT RENTAL, INCORPORATED AND
JOHN DOE CORPORATION**                                                    **DEFENDANTS**

**ORDER OF DISMISSAL**

Pursuant to the F.R.C.P. 41(a)(1)(A)(i) Notice of Voluntary Dismissal filed by the

plaintiff in this cause of action, it is ORDERED that this case is hereby dismissed with

prejudice.

This the 5th day of August 2019.

**/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**